United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11503-amc |
| Jerome G. Gardiner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jerome G. Gardiner, 1107 E Durham St, Philadelphia, PA 19150-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor GP TEN LLC apattison@hillwallack.com apattison@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jerome G. Gardiner help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Jerome G. Gardiner,<br><br>        Debtor. | Case No. 23-11503-amc<br><br>Chapter 13 |

### Order Granting Application for Compensation

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation in the amount of $4,725.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $750.00, which has been previously paid by the Debtor, to the extent that funds in his possession are available for distribution to the Applicant.

Date:  Feb. 8, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge